```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION at PIKEVILLE
```

DEXTER JEMISON,                      )
                                     )
    Petitioner,                      )     Civil No. 7: 21-32-JMH
                                     )
V.                                   )
                                     )
HECTOR JOYNER, Warden,               )     **JUDGMENT**
                                     )
    Respondent.                      )

                        ***   ***   ***   ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Court **ENTERS** Judgment in favor of Respondent Hector Joyner, Warden of the United States Penitentiary in Inez, Kentucky; and

2.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 14th day of April, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge